UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTTSDALE INSURANCE COMPANY,  )
            Plaintiff,  )
              )
v.  )
              )   C.A. No. 04-11507RGS
SUFFOLK CONSTRUCTION  )
COMPANY, INC. and  )
CANATAL INDUSTRIES, INC.,  )
            Defendants.  )

## STIPULATION OF DISMISSAL

NOW COMES all parties in this case and hereby by agreement and stipulation mutually dismiss with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1) the Complaint against Suffolk Construction Company, Inc., and Canatal Industries, Inc.

Respectfully Submitted,

_____
John J. O'Brien, Jr., Esq. (BBO# 375885)
O'BRIEN & VON ROSENVINGE, P.C.
27 Mica Lane, 2nd Floor
Wellesley, MA 02481
Telephone: (781) 239-9988
Attorney for Defendants Suffolk Construction Company, Inc.


_____
James S. Harrington, Esq. (BBO# 543744)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199
Telephone: (617) 267-2300
Attorney for Defendants Suffolk Construction Company, Inc. and Canatal Industries, Inc.

35019571.1

_____
Barbara O'Donnell, Esq. (BBO# 544458)
Elizabeth C. Sackett, Esq. (BBO# 633649)
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
Telephone: (617) 557-5900
Attorneys for Scottsdale Insurance Company

35019571.1                                  2

## CERTIFICATE OF SERVICE

I, James S. Harrington, hereby certify that on this ___ day of November, 2004, I served a copy of the aforementioned document, via first-class mail, postage prepaid, upon the following counsel of record:

Brian C. Dever, Esq.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780

Ronald E. Harding, Esq.
Weston, Patrick, Willard & Redding, PA
84 State Street
Boston, MA 02109

John J. O'Brien, Jr., Esq.
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, 2nd Floor
Wellesley, MA 02481

Elizabeth C. Sackett, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

_____
James S. Harrington